USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/9/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CARBAMERICAS, INC.,**

        **Plaintiff,**

-against-

**MSC MEDITERRANEAN SHIPPING COMPANY S.A.,**

        **Defendant.**

23-cv-02427 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **forty-five days.**

**SO ORDERED.**

**Dated:**   **August 9, 2023**
           **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**